FILED
2010 MAY 11 P 1: 10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80 106 MISC   VRW

Justin Matthew Gingery - #204217

_____/

### ORDER TO SHOW CAUSE

It appearing that Justin Matthew Gingery has been suspended for 120 days by the Supreme Court of California effective April 25, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before June 21, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Justin Matthew Gingery
Attorney At Law
8012 Tolkien Ave
Elk Grove, CA 95758