FILED

JUL -6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80106 MISC VRW

Justin Matthew Gingery,
                                     ORDER
    State Bar No 204217
_____/

    On May 11, 2010, the court issued an order to show cause (OSC) why Justin Matthew Gingery should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension for 120 days by the Supreme Court of California, effective April 25, 2010.

    The OSC was mailed to Mr Gingery's address of record with the State Bar on May 13, 2010. A written response was due on or before June 21, 2010. No response to the OSC has been filed as of this date.

    The court now orders Justin Matthew Gingery removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Justin Matthew Gingery

_____/

Case Number: C10-80106   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Justin Matthew Gingery
8012 Tolkien Ave
Elk Grove, CA 95758

Dated: July 6, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*